# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2653 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 149 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 44540 |
| | : | |
| GLENN D. DeSANTIS, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Glenn D. DeSantis is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).